NATHAN R. REINMILLER, ESQ.
Nevada Bar No.: 006793
SABRINA G. WIBICKI, ESQ.
Nevada Bar No.: 010669
ALVERSON, TAYLOR,
MORTENSEN & SANDERS
7401 W. Charleston Boulevard
Las Vegas, Nevada 89117
Tel: (702) 384-7000
Fax: (702) 385-7000

Of Counsel:
SEDGWICK LLP
Lawrence Klein, Esq. (*Pro Hac Vice*)
225 Liberty Street, 28th Floor
New York, New York 10281-1008
Tel: (212) 422-0202
Fax: (212) 422-0925

*Attorneys for Plaintiff/Counterdefendant*
*AIG Specialty Insurance Company f/k/a Chartis Specialty Insurance Company f/k/a American Specialty Lines Insurance Company*

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| CHARTIS SPECIALTY INSURANCE COMPANY f/k/a AMERICAN INTERNATIONAL SPECIALTY LINES INSURANCE COMPANY,<br><br>Plaintiff,<br><br>vs.<br><br>GEMSTONE LVS, LLC,<br><br>Defendant. | CASE NO.: 2:11-CV-01669-MMD-CWH<br><br>STIPULATION OF VOLUNTARY DISMISSAL PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(ii) |
| GEMSTONE LVS, LLC,<br><br>Counterclaimant,<br><br>vs.<br><br>CHARTIS SPECIALTY INSURANCE COMPANY f/k/a AMERICAN INTERNATIONAL SURPLUS LINES INSURANCE CO.,<br><br>Counterdefendant. | |

1    IT IS HEREBY STIPULATED AND AGREED by and between the parties and/or their respective counsel that: (1) the Complaint filed against defendant Gemstone LVS, LLC ("Gemstone") by plaintiff AIG Specialty Insurance Company f/k/a Chartis Specialty Insurance Company f/k/a American International Specialty Lines Insurance Company ("AIG Specialty") is voluntarily dismissed with prejudice; and (2) the Counterclaim filed against AIG Specialty by Gemstone is voluntarily dismissed with prejudice.

IT IS HEREBY FURTHER STIPULATED AND AGREED that each side will bear its own costs and attorneys' fees.

DATED:   January 28, 2015

| ALVERSON, TAYLOR, MORTENSEN & SANDERS | HOWARD KIM & ASSOCIATES |
|---|---|
| By: /s/ Nathan R. Reinmiller<br>Nathan R. Reinmiller<br>Sabrina G. Wibicki<br>7401 W. Charleston Boulevard<br>Las Vegas, Nevada 89117 | By: /s/ Howard C. Kim<br>Howard C. Kim<br>1055 Whitney Ranch Drive, Suite 110<br>Las Vegas, Nevada 89104<br>*Attorneys for Chapter 7 Bankruptcy Trustee David A. Rosenberg* |
| Lawrence Klein (*pro hac vice*)<br>SEDGWICK LLP<br>225 Liberty Street, 28th Floor<br>New York, New York 10281 | |
| *Attorneys for Plaintiff/Counterdefendant AIG Specialty Insurance Company f/k/a Chartis Specialty Insurance Company f/k/a American International Specialty Lines Insurance Company* | |

IT IS SO ORDERED.

Dated: February 4, 2015

_____
U.S. District Judge

---

1

STIPULATION OF VOLUNTARY DISMISSAL PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(ii)